# FOURTH NATIONAL BANK OF CINCIN-NATI, OHIO, *v.* MAYER.

*Lumpkin, J.*—It was error to nonsuit the plaintiff in an action upon an attachment bond, on the ground that the surety upon that bond had not been sued with the principal.  The question whether or not the surety ought to have been sued could not properly be thus raised; but even were it otherwise, the proposition that suing the surety was essential is without merit.  It could be of no possible benefit to a principal in any case to have his surety adjudged jointly liable with him upon the cause of action, because the ultimate liability must in any event fall upon the principal alone.                    *Judgment reversed.*

Submitted November 17,—Decided November 30, 1896.

Action on bond.  Before Judge Spence.  Dougherty superior court.  April term, 1896.

*W. T. Jones*, for plaintiff, cited 89 *Ga.* 108; 96 *Ga.* 728; Civil Code, §§2967, 2974, 2981, 2987-8; Freem. Judg. §180; DeCol. Guar. 143-149.

*D. H. Pope*, for defendant, cited Civil Code, §§5009, 4529; Code of 1882, §3347; 43 *Ga.* 587; 51 *Ga.* 467-9; 95 *Ga.* 38.